IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| EAST TENNESSEE NATURAL GAS CO., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION |
| | ) | NO. 4:02CV00140 |
| | ) | |
| 1.40 ACRES IN PATRICK COUNTY, | ) | |
| VIRGINIA, ET. AL., | ) | |
| | ) | |
| Defendants. | | |

This action came before the Court for a trial by jury. The issues have been tried in the above-entitled action and the jury has rendered its verdict as follows:

"WE, THE JURY, FIND: Just compensation for the property in the amount of $49,876.00.

s/Nancy C. Andrews                                                                    July 29, 2005
FOREPERSON'S SIGNATURE"

IT IS

### **ADJUDGED AND ORDERED**

as follows:

(1) The jury verdict filed on July 29, 2005, shall be, and hereby is approved.

(2) The jury is hereby discharged and said verdict shall be recorded, which is accordingly done.

(3) The Defendant, Melvin A. Thomas, shall recover the sum of $49,876.00 from the Plaintiff, East Tennessee Natural Gas Co., with interest in the amount of 3.68 percent per annum, until paid, and his costs of action.

(4) The Clerk is directed to DISMISS this case from the active docket.

ENTER: This 29th day of July, 2005.

                                                  s/Jackson L. Kiser
                                                  SENIOR UNITED STATES DISTRICT JUDGE